# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2363

_____

JAILEEN PAGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

March 25, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rook Elizabeth Ringer of The Post-Conviction Alliance, Brandon, for Appellant.

James Uthmeier, Attorney General, and Ryan Edward Roy, Assistant Attorney General, Tallahassee, for Appellee.